# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00236-RJC-DSC

| | |
|---|---|
| **MICHAEL J SPIGNER et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **ORDER** |
| **KNIGHT REFRIGERATED LLC et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Mark S. Barrow]" (document #11) filed May 7, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad Jr.

**SO ORDERED**.

Signed: May 11, 2020

David S. Cayer
United States Magistrate Judge