IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00236-RJC-DSC

MICHAEL J SPIGNER et. al., )
)
          **Plaintiffs,** )
)
v. )
) **ORDER**
KNIGHT REFRIGERATED LLC et. al., )
)
          **Defendants.** )

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Luther J. Battiste III]" (document #15) filed May 11, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad Jr.

**SO ORDERED**.

Signed: May 12, 2020

_David S. Cayer_
David S. Cayer
United States Magistrate Judge